| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS (213113)<br>DENNIS J. HERMAN (220163) |
| 3 | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| 4 | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 5 | swilliams@csgrr.com<br>         – and – |
| 6 | DARREN J. ROBBINS (168593)<br>DAVID C. WALTON (167268) |
| 7 | CATHERINE J. KOWALEWSKI (216665)<br>655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101<br>Telephone: 619/231-1058 |
| 9 | 619/231-7423 (fax)<br>darrenr@csgrr.com |
| 10 | davew@csgrr.com<br>katek@csgrr.com |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | |
| | [Additional counsel appear on signature page.] |
| 13 | |
| 14 | UNITED STATES DISTRICT COURT |
| 15 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 17 | ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated, | ) Case No. C-07-4141 SBA |
| 18 | Plaintiff, | ) CLASS ACTION |
| 19 | vs. | ) NOTICE OF APPEARANCE OF COUNSEL |
| 20 | LUMINENT MORTGAGE CAPITAL, INC., et al., | ) |
| 21 | | |
| 22 | Defendants. | ) |

1       Please note the appearance of the undersigned Dennis J. Herman of Coughlin Stoia Geller
2 Rudman & Robbins LLP, 100 Pine Street, Suite 2600, San Francisco, California 94111, phone
3 number (415) 288-4545, email: Dennish@csgrr.com, as additional counsel on behalf of plaintiffs in
4 this action. The undersigned respectfully requests to be included via email on the Court's
5 notification of all electronic filings in this action.

6 DATED: September 14, 2007       COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
7       SHAWN A. WILLIAMS
      DENNIS J. HERMAN
8

9
          s/ Dennis J. Herman
10       DENNIS J. HERMAN

11       100 Pine Street, Suite 2600
      San Francisco, CA 94111
12       Telephone: 415/288-4545
      415/288-4534 (fax)
13
      COUGHLIN STOIA GELLER
14          RUDMAN & ROBBINS LLP
      DARREN J. ROBBINS
15       DAVID C. WALTON
      CATHERINE J. KOWALEWSKI
16       655 West Broadway, Suite 1900
      San Diego, CA 92101
17       Telephone: 619/231-1058
      619/231-7423 (fax)
18
      LAW OFFICES OF CURTIS V. TRINKO, LLP
19       CURTIS V. TRINKO
      16 West 46th Street, 7th Floor
20       New York, NY 10036
      Telephone: 212/490-9550
21       212/986-0158 (fax)

22       Attorneys for Plaintiff

23 T:\CasesSF\Luminent\NOT00045512.doc

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 14, 2007.

 s/ Dennis J. Herman
DENNIS J. HERMAN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:  Dennish@csgrr.com

# Mailing Information for a Case 4:07-cv-04141-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sc

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Catherine J Kowalewski**
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**David C. Walton**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301