COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
   – and –
DARREN J. ROBBINS (168593)
DAVID C. WALTON (167268)
CATHERINE J. KOWALEWSKI (216665)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
davew@csgrr.com
katek@csgrr.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LUMINENT MORTGAGE CAPITAL, INC., et al., <br><br> Defendants. | Case No. C-07-4141 SBA <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF FIRM NAME CHANGE |

1  TO:   THE CLERK OF COURT AND ALL PARTIES

2        PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman &

3  Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

4        The addresses, telephone and facsimile numbers will remain the same. Please update your

5  records accordingly.

6  DATED: September 14, 2007              COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
7                                             SHAWN A. WILLIAMS

8

9                                                     s/ SHAWN A. WILLIAMS
                                                      SHAWN A. WILLIAMS
10
                                              100 Pine Street, Suite 2600
11                                            San Francisco, CA 94111
                                              Telephone: 415/288-4545
12                                            415/288-4534 (fax)

13                                            COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
14                                            DARREN J. ROBBINS
                                              DAVID C. WALTON
15                                            CATHERINE J. KOWALEWSKI
                                              655 West Broadway, Suite 1900
16                                            San Diego, CA 92101
                                              Telephone: 619/231-1058
17                                            619/231-7423 (fax)

18                                            LAW OFFICES OF CURTIS V. TRINKO, LLP
                                              CURTIS V. TRINKO
19                                            16 West 46th Street, 7th Floor
                                              New York, NY 10036
20                                            Telephone: 212/490-9550
                                              212/986-0158 (fax)
21
                                              Attorneys for Plaintiff
22
   S:\Notice Information\Luminent_fd2.doc
23

24

25

26

27

28

NOTICE OF FIRM NAME CHANGE - C-07-4141 SBA                                                    - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 14, 2007.

    s/ SHAWN A. WILLIAMS
    SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: shawnw@csgrr.com

# Mailing Information for a Case 4:07-cv-04141-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```

**Manual Notice**

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
  212/490-9550
  212/986-0158 (Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
  610/660-8000
  610/660-8080(Fax)