ORIG'NAL

FILED
07 OCT -9 PH 3:

1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:    415-433-3200
5  Facsimile:    415-433-6382

6  *Local Counsel*

7  Richard Bemporad
   E-mail: rbemporad@lowey.com
8  David C. Harrison
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York 10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 *Attorneys for Movant Southern*

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17

18 JOSEPH LEONE, Individually And On Behalf of        3:07-cv-04073-PJH
   All Others Similarly Situated,
19                                                     **CLASS ACTION**
                                    Plaintiff,
20                                                     **APPLICATION FOR ADMISSION**
                        vs.                            **OF RICHARD BEMPORAD AS**
21                                                     **ATTORNEY *PRO HAC VICE***
   S. TREZEVANT MOORE JR., CHRISTOPHER
22 J. ZYDA, ELEANOR CORNFIELD MELTON,
   RONALD VIERA, DIMITRIOS
23 PAPATHEOHARIS, AND LUMINENT
   MORTGAGE CAPITAL, INC.,
24
                                    Defendants.
25
26 [caption continued on next page]

27

28 [3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF RICHARD BEMPORAD AS ATTORNEY *PRO HAC VICE*
   2031 / ORD / 00084291.WPD v1

1

2  ROSENBAUM CAPITAL LLC, Individually and
   On Behalf of all others similarly situated,

3                                    Plaintiff,

4            vs.

5  LUMINENT MORTGAGE CAPITAL, INC., GAIL
   P. SENECA, SEWELL TREZEVANT MOORE
6  JR., and CHRISTOPHER J. ZYDA,

7                                    Defendants.

8

9  HOWARD J KAPLOWITZ IRA, Individually and
   On Behalf of all others similarly situated,
10
                                     Plaintiff,
11
             vs.
12
   LUMINENT MORTGAGE CAPITAL, INC., S.
13 TREZEVANT MOORE JR., and CHRISTOPHER
   J. ZYDA,
14
                                     Defendants.
15

16
   ELLIOT GREENBERG, Individually and On
17 Behalf of all others similarly situated

18                                   Plaintiff,

19           vs.

20 LUMINENT MORTGAGE CAPITAL, INC., GAIL
   P. SENECA, SEWELL TREZEVANT MOORE
21 JR., and CHRISTOPHER J. ZYDA,

22                                   Defendants.

23

24

25

26

27

3:07-cv-04096-PJH

3:07-cv-04140-PJH

3:07-cv-04141-PJH

28 [3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF RICHARD BEMPORAD AS ATTORNEY *PRO HAC VICE*
   2031 / ORD / 00084291.WPD v1

| | |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of all others similarly situated | 3:07-cv-04184-PJH |
| Plaintiff, | |
| vs. | |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA, | |
| Defendants. | |

| | |
|---|---|
| ALLEN M. METZGER, Individually and On Behalf of all others similarly situated | 3:07-cv-04686-PJH |
| Plaintiff, | |
| vs. | |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA, | |
| Defendants. | |

I, Richard Bemporad, hereby apply for permission to appear *pro hac vice* before this Court in the above-captioned matter, and declare that:

1.    I am a member of the law firm of Lowey Dannenberg Bemporad Selinger & Cohen, P.C. ("LDBSC"), counsel for Southern Improvement Co., VSA Inc., and Allen Dayton in this litigation. My business address is One North Broadway, White Plains, New York 10601-2310.

2.    I am an active member in good standing of the bar of the highest court of the State of New York.

3.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-3 of the United States District Court for the Northern District of California.

1    4.    Serving as LDBSC's local counsel is:

2            Joseph J. Tabacco, Jr. (SBN 75484)
              BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
3            425 California Street, Suite 2100
              San Francisco, California 94104
4            Telephone:    415-433-3200
              Facsimile:     415-433-6382

5    an active member in good standing of the State Bar of California and the bar of the United States

6    District Court for the Northern District of California.

7        I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct. Executed in White Plains, New York, on this 8th day of October,

9    2007.

10

11

12                                          Richard Bemporad

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    [3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF RICHARD BEMPORAD AS ATTORNEY *PRO HAC VICE*
      2031 / ORD / 00084291.WPD v1                          2