**ORIGINAL**

1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:   415-433-3200
5  Facsimile:   415-433-6382

6  *Local Counsel*

7  Richard Bemporad
   E-mail: rbemporad@lowey.com
8  David C. Harrison
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York 10601-2310
   Telephone:   914-997-0500
12 Facsimile:   914-997-0035

13 *Attorneys for Movant Southern*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LEONE, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>S. TREZEVANT MOORE JR., CHRISTOPHER J. ZYDA, ELEANOR CORNFIELD MELTON, RONALD VIERA, DIMITRIOS PAPATHEOHARIS, AND LUMINENT MORTGAGE CAPITAL, INC.,<br><br>Defendants. | 3:07-cv-04073-PJH<br><br>**CLASS ACTION**<br><br>**APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY** *PRO HAC VICE* |

[caption continued on next page]

---

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084296.WPD v1

|   |   |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04096-PJH |
| HOWARD J KAPLOWITZ IRA, Individually and On Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04140-PJH |
| ELLIOT GREENBERG, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04141-PJH |

[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084296.WPD v1

|  |  |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04184-PJH |
| ALLEN M. METZGER, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04686-PJH |

I, Jeanne D'Esposito, hereby apply for permission to appear *pro hac vice* before this Court in the above-captioned matter, and declare that:

1. I am a member of the law firm of Lowey Dannenberg Bemporad Selinger & Cohen, P.C. ("LDBSC"), counsel for Southern Improvement Co., VSA Inc., and Allen Dayton in this litigation. My business address is One North Broadway, White Plains, New York 10601-2310.

2. I am an active member in good standing of the bar of the highest court of the State of New York.

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-3 of the United States District Court for the Northern District of California.

4. Serving as LDBSC's local counsel is:

1  Joseph J. Tabacco, Jr. (SBN 75484)
   BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
2  425 California Street, Suite 2100
   San Francisco, California 94104
3  Telephone:  415-433-3200
   Facsimile:   415-433-6382
4
   an active member in good standing of the State Bar of California and the bar of the United States
5
   District Court for the Northern District of California.
6
          I declare under penalty of perjury under the laws of the United States of America that the
7
   foregoing is true and correct. Executed in White Plains, New York, on this $\underline{\text{6}}^{\text{th}}$ day of October,
8
   2007.
9

10

11                              *Jeanne D'Esposito*
                                 Jeanne D'Esposito
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____
[3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084296.WPD v1                              2