1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:   415-433-3200
5  Facsimile:   415-433-6382

6  *Local Counsel*

7  Richard Bemporad
   E-mail: rbemporad@lowey.com
8  David C. Harrison
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York  10601-2310
   Telephone:   914-997-0500
12 Facsimile:   914-997-0035

13 *Attorneys for Movant Southern*

14
          UNITED STATES DISTRICT COURT
15
          NORTHERN DISTRICT OF CALIFORNIA
16

17

18 JOSEPH LEONE, Individually And On Behalf of       3:07-cv-04073-PJH
   All Others Similarly Situated,
19                                                   **CLASS ACTION**
                          Plaintiff,
20                                                   **[PROPOSED] ORDER GRANTING
                    vs.                              APPLICATION FOR ADMISSION
21                                                   OF JEANNE D'ESPOSITO AS
   S. TREZEVANT MOORE JR., CHRISTOPHER               ATTORNEY *PRO HAC VICE***
22 J. ZYDA, ELEANOR CORNFIELD MELTON,
   RONALD VIERA, DIMITRIOS
23 PAPATHEOHARIS, AND LUMINENT
   MORTGAGE CAPITAL, INC.,
24
                          Defendants.
25

26 [caption continued on next page]

27

28 [3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JEANNE
   D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
   2031 / ORD / 00084300.WPD v1

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04096-PJH |
| HOWARD J KAPLOWITZ IRA, Individually and On Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04140-PJH |
| ELLIOT GREENBERG, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04141-PJH |

[3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084300.WPD v1

| | |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04184-PJH |
| ALLEN M. METZGER, Individually and On Behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | 3:07-cv-04686-PJH |

Jeanne D'Esposito, an active member in good standing of the bar of New York and admitted to practice before the Unites States District Court for the Southern and Eastern Districts of New York, whose business address and telephone number are:

> LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
> White Plains Plaza
> One North Broadway
> White Plains, New York 10601-2310
> Telephone:   914-997-0500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs,

---

[3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JEANNE D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
2031 / ORD / 00084300.WPD v1

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-sounsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, Electronic Case Filing:

8  DATED: _____    _____
                                    THE HONORABLE PHYLLIS J. HAMILTON
9                                   UNITED STATES DISTRICT JUDGE

28  [3:07-CV-04073-PJH] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JEANNE
    D'ESPOSITO AS ATTORNEY *PRO HAC VICE*
    2031 / ORD / 00084300.WPD v1                2