UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH LEONE,

    Plaintiff,　　　　　　　　　　　No. C 07-4073 PJH

  v.

S. TREZEVANT MOORE, JR., et al.,　　**ORDER CONSOLIDATING CASES**

    Defendants.
_____

ROSENBLUM CAPITAL LLC,

    Plaintiff,　　　　　　　　　　　No. C 07-4096 PJH

  v.

LUMINENT MORTGAGE CAPITAL, INC., et al.,

    Defendants.
_____

HOWARD J. KAPLOWITZ IRA,

    Plaintiff,　　　　　　　　　　　No. C 07-4140 PJH

  v.

LUMINENT MORTGAGE CAPITAL, INC., et al.,

    Defendants.
_____

ELLIOT GREENBERG,

    Plaintiff,　　　　　　　　　　　No. C 07-4141 PJH

  v.

LUMINENT MORTGAGE CAPITAL, INC., et al.,

    Defendants.
_____

|   |   |
|---|---|
| PEM RESOURCES LP, | |
| Plaintiff, | No. C 07-4184 PJH |
| v. | |
| LUMINENT MORTGAGE CAPITAL, INC., et al., | |
| Defendants. | |

|   |   |
|---|---|
| ALLEN M. METZGER, | |
| Plaintiff, | No. C 07-4686 PJH |
| v. | |
| LUMINENT MORTGAGE CAPITAL, INC., et al., | |
| Defendants. | |

The above-entitled related actions are hereby consolidated for all purposes, including discovery, pretrial proceedings, and trial, pursuant to Federal Rule of Civil Procedure 42(a). The consolidated action shall be captioned <u>In re Luminent Mortgage Capital, Inc., Securities Litigation</u>, Case No. C 07-4073 PJH, and the files of this action shall be maintained in one file under No. C 07-4073 PJH. The docket in C 07-4073 PJH shall constitute the Master Docket for this action.

Any other related actions now pending or subsequently filed in, or transferred to, this District shall be consolidated into this action for all purposes. This order shall apply to every such related action, absent order of the court. A party that objects to such consolidation, or to any other provision of this order, must file an application for relief from this order within 14 days after the date on which the order is electronically filed.

The parties shall file a notice of related cases pursuant to Civil Local Rule 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District.

## APPOINTMENT OF LEAD PLAINTIFF'S COUNSEL

All motions for appointment of lead plaintiff and lead plaintiff's counsel, previously

filed in any of the above-entitled actions, shall be WITHDRAWN by the parties that filed such motions, and shall be re-filed in the consolidated action, C 07-4073 PJH, no later than Wednesday, October 17, 2007.  The motions shall be noticed for hearing on Wednesday, November 21, 2007.

After the court has designated a lead plaintiff and approved lead counsel, lead plaintiff's counsel shall have authority to speak for and enter into agreements on behalf of plaintiffs in all matters regarding pretrial procedures, discovery and settlement negotiations.

Lead plaintiff's counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities.  Lead plaintiff's counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.  Lead plaintiff's counsel shall be responsible for communications with the court.  Lead plaintiff's counsel shall communicate with other plaintiffs' counsel and have the right to assign projects to other plaintiffs' counsel.  Defendants' counsel may rely upon agreements made with lead plaintiff's counsel.  Such agreements shall be binding on all plaintiffs.

## PLEADINGS AND MOTIONS

Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.  Lead plaintiff shall file a consolidated complaint within 60 days after the filing of the order designating the lead plaintiff, unless otherwise agreed upon by the parties.

The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.  The consolidated complaint shall comply with the pleading requirements of the Private Securities Litigation Reform Act, as interpreted by the United States Supreme Court and the Ninth Circuit Court of Appeals.

Defendants shall respond to the consolidated complaint within 45 days after service, unless otherwise agreed upon by the parties.  If defendants file any motions directed at the consolidated complaint, the opposition brief shall be filed within 45 days of filing that motion

and the reply brief shall be filed within 21 days of the filing of the opposition brief, unless otherwise agreed upon by the parties and approved by the court.

**IT IS SO ORDERED.**

Dated: October 10, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge