1   SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
    Alan R. Plutzik, Of Counsel (Bar No. 077785)
2   2125 Oak Grove Road, Suite 120
    Walnut Creek, California  94598
3   Telephone:  (925) 945-0770
    Facsimile:   (925) 945-8792
4
    -and-
5
    Stuart L. Berman
6   Sean M. Handler
    Tammy D. Cummings
7   280 King of Prussia Road
    Radnor, PA 19087
8   Telephone:  (610) 667-7706
    Facsimile:   (610) 667-7056
9
10  [Proposed] Lead Counsel
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
14
15  | IN RE LUMINENT MORTGAGE CAPITAL, | No. C 07-4073 PJH |
    | INC. SECURITIES LITIGATION | |

16  CLASS ACTION

17
18  ROSENBAUM CAPITAL LLC, Individually     No. 3:07-cv-04096-PJH
    and on Behalf of All Others Similarly Situated,
19                                          NOTICE OF WITHDRAWAL AND
                       Plaintiff,           REFILING, PURSUANT TO COURT
20                                          ORDER, OF MOTION TO CONSOLIDATE
                                            ACTIONS, TO BE APPOINTED LEAD
21              v.                          PLAINTIFF AND FOR APPROVAL OF
                                            LEAD PLAINTIFF'S SELECTION OF LEAD
22  LUMINENT MORTGAGE CAPITAL, INC.,        COUNSEL
    GAIL P. SENECA, SEWELL TREZEVANT
23  MOORE, JR., and CHRISTOPHER J. ZYDA,    DATE: November 21, 2007
                                            TIME: 9:00 a.m.
24                     Defendants.          COURTROOM: 3
                                            JUDGE: Hon. Phyllis J. Hamilton
25
26
27  [Captions Continued on Next Page]
28

NOTICE OF WITHDRAWAL AND REFILING OF  MOTION OF RONALD LARSON TO CONSOLIDATE
ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION
OF LEAD COUNSEL
CASE NO. 3:07-cv-04096-PJH

1

2   PEM RESOURCES LP, Individually and On
    Behalf of All Others Similarly Situated,          Case No. 3:07-cv-04184-PJH
3
                        Plaintiff,
4
                        v.
5
    LUMINENT MORTGAGE CAPITAL, INC.,
6   GAIL P. SENECA, SEWELL TREZEVANT
    MOORE, JR., and CHRISTOPHER J. ZYDA,
7
                        Defendants.
8
    HOWARD J. KAPLOWITZ IRA, Individually
9   and On Behalf of All Others Similarly              Case No. 3:07-CV-04140-PJH
    Situated,
10
                        Plaintiff,
11
                        v.
12
    LUMINENT MORTGAGE CAPITAL, INC.,
13  S. TREZEVANT MOORE, JR. and
    CHRISTOPHER J. ZYDA,
14
                        Defendants.
15
    ELLIOT GREENBERG, Individually and On
16  Behalf of All Others Similarly Situated,           Case No. 3:07-cv-04141-PJH
17
                        Plaintiff,
18
                        v.
    LUMINENT MORTGAGE CAPITAL, INC.,
19  GAIL P. SENECA, SEWELL TREZEVANT
    MOORE, JR., and CHRISTOPHER J. ZYDA,
20
                        Defendants.
21
    ALLEN M. METZGER, On Behalf of Himself
22  and All Others Similarly Situated,                 Case No. 3:07-cv-04686-PJH
23
                        Plaintiff,
24
                        v.
    LUMINENT MORTGAGE CAPITAL, INC.,
25  GAIL P. SENECA, SEWELL TREZEVANT
    MOORE, JR., and CHRISTOPHER J. ZYDA,
26
                        Defendants.
27

28

NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF RONALD LARSON TO CONSOLIDATE
ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION
OF LEAD COUNSEL
CASE NO. 3:07-cv-04096-PJH

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

On October 9, 2007, Plaintiff Ronald Larson filed a Motion to Consolidate Actions, to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel, along with a Declaration of Alan R. Plutzik in Support of the Motion of Ronald Larson to Consolidate Actions, to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel in the following actions:

| | |
|---|---|
| Rosenbaum Capital LLC v. Luminent, et al. | Action No. 3:07-cv-04096-PJH |
| PEM Resources v. Luminent, et al. | Action No. 3:07-cv-04184-PJH |
| Howard J. Kaplowitz Ira v. Luminent, et al. | Action No. 3:07-cv-04140-PJH |
| Elliot Greenberg v. Luminent, et al. | Action No. 3:07-cv-04141-PJH |
| Allen M. Metzger v. Luminent, et al. | Action No. 3:07-cv-04686-PJH |

On October 10, 2007, the Court issued its Order Consolidating Cases in which the Court directed that in cases other than the consolidated action, the motions for appointment of lead counsel shall be withdrawn.

Pursuant to the Court's October 10, 2007 Order, Plaintiff Ronald Larson hereby withdraws his Motion to Consolidate Actions, to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel filed in the above-referenced actions and gives notice that the Motion is being refiled on October 16, 2007 in the following action:

In Re Luminent Mortgage Capital, Inc., Securities Litigation, Case No. C07-4073 PJH

Dated: October 16, 2007

Respectfully submitted,

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP

/s/Alan R. Plutzik
  Alan R. Plutzik

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alan R. Plutzik, Of Counsel
SCHIFFRIN, BARROWAY
 TOPAZ & KESSLER, LLP
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone:   (925) 945-0770
Facsimile:   (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone:   (610) 667-7706
Facsimile:   (610) 667-7056

NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF RONALD LARSON TO CONSOLIDATE
ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION
OF LEAD COUNSEL
CASE NO. 3:07-cv-04096-PJH