UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LUMINENT MORTGAGE CAPITAL INC., SECURITIES LITIGATION

No. C 07-4073 PJH

This document relates to:

**SCHEDULING ORDER**

ALL ACTIONS

_______________________________________/

Before the court is the stipulation of the parties to "suspend" the briefing and hearing schedule on defendants' March 31, 2008, motion to dismiss pending mediation and further notification by the parties when they are ready to proceed. Instead of leaving the motion pending on the court's docket indefinitely, the court orders that the March 31, 2008 motion to dismiss be **administratively terminated**. When and if the parties desire to proceed with this motion, it must simply be re-noticed. As per the stipulation, plaintiffs shall file their opposition by May 29, 2008. The reply may, however, be filed after the hearing is re-noticed. The hearing shall be re-noticed to take place at least three weeks after the reply is filed.

**IT IS SO ORDERED.**

Dated: May 14, 2008

_______________________________
PHYLLIS J. HAMILTON
United States District Judge